00-00438 Peeler v State of Texas.wpd



No. 04-00-00438-CR



Eric PEELER,


Appellant



v.



The STATE of Texas,


Appellee



From the 144th Judicial District Court, Bexar County, Texas


Trial Court No. 2000CR1110


Honorable Pat Priest, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Alma L. López, Justice


Delivered and Filed: October 31, 2000


DISMISSED


 Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The
motion is granted, and this appeal is dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH